| Debtor(s): | **Eartel Lee Payne** | Case Number: | 20-10076 |

United States Bankruptcy Court for the **WESTERN DISTRICT OF LOUISIANA - SHREVEPORT DIVISION**

# Chapter 13 Plan – Western District of Louisiana

☐ Check here if this is a modified plan.

☐ Check here if this is an amended plan.

List below the sections that have been changed.

Reason for Amendment/Modification

| Part 1: | Notices |

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial division. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. *Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

| 1.1 | The plan sets out Nonstandard Provisions in Part 9. | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | This Plan limits the amount of Secured Claims in 3.1 and/or 3.2 based on a Valuation of the Collateral for the claim. | ☑ Included | ☐ Not Included |
| 1.3 | This Plan avoids a Security Interest or Lien in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.4 | This Plan cures or maintains a loan secured by the Debtor's Principal Residence in 3.1. | ☐ Included | ☑ Not Included |
| 1.5 | This Plan provides for the treatment of a Domestic Support Obligation in 4.3 and/or 4.4. | ☐ Included | ☑ Not Included |
| 1.6 | This plan includes a claim that was either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s); or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value in 3.3. | ☐ Included | ☑ Not Included |

| Part 2: | Plan Payments and Length of Plan |

**2.1 Debtor(s) will make regular payments for a total of 60 months to the trustee as follows:**

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

☑ **Original Plans.** $**510** per **month** for **60** months, and
$      per       for       months.
$      per       for       months.

☐ **Modified Plans.** $____ has been paid in for the first ____ months; then
$_____ per _____ for _____ months, and
$_____ per _____ for _____ months.

$_____ per _____ for _____ months.

**Check one:** The applicable commitment period is:   36 months (Below Median Income)   ☑
60 months (Above Median Income)   ☐

**2.2 Regular payments to the trustee will be made from future income in the following manner:**

Debtor(s) will make payments pursuant to a payroll deduction unless otherwise excused by the Chapter 13 Trustee or the Bankruptcy Court.

**Income tax refunds**. During the pendency of this case debtor(s) shall file both Federal and State Income Tax Returns timely and provide copies of same to the Standing Chapter 13 Trustee immediately upon filing of each annual return.

Debtor(s) will pledge income tax refunds as follows:

> **All income tax refunds received while the case is pending, excluding the greater of Earned Income Credit (EIC) or $500.00.**

**2.3 Additional Payments. (In addition to 2.1 above)**
*Check one.*

☑   **None.** *If "none" is checked, the rest of § 2.3 need not be completed or reproduced.*

## Part 3:   Treatment of Secured Claims

**3.1 A. Maintenance of payments and cure of default of <u>Principal Residence</u> under 1322(b)(3), including post-petition default payments, if any**

*Check one.*

☑   **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**B. Maintenance of payments and cure of default <u>other than</u> Principal Residence under 1322(b)(3), including post-petition default payments, if any.**

*Check one.*

☑   **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.2 Request for valuation of security, payment of fully secured claims, and modification of undersecured claims**

*Check one.*

☐   **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

*The remainder of this paragraph will be effective <u>only</u> in the applicable box in Part 1 of this plan is checked.*

☑   The debtor(s) request that the court determine the value of the secured claims listed below. For each non-governmental secured claim listed below, the debtor(s) state that the value of the secured claim should be as set out in the column headed *Amount of secured claim*. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed below. For each listed claim, the value of the secured claim will be paid in full with interest at the rate stated below. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

The holder of any claim listed below as having value in the column headed *Amount of secured claim* will retain the lien on the property interest of the debtor(s) or the estate(s) until the earlier of:

(a) payment of the underlying debt determined under nonbankruptcy law, or (b) discharge of the underlying debt under 11 U.S.C. §

| Debtor(s): | **Eartel Lee Payne** | Case Number: | 20-10076 |

1328, at which time the lien will terminate and be released by the creditor. See Bankruptcy Rule 3015.

| Name of Creditor | Estimated Amount of Creditor's total Claim | Collateral Description | Value of Collateral | Amount of Secured Claim | Interest Rate | Estimated avg. monthly payment to creditor |
|---|---|---|---|---|---|---|
| First Heritage Credit | $1,025.93 | All collateral is subject to superior liens | $0.00 | $0.00 | 0% | $0.00 |
| Internal Revenue Service | $7,625.00 | Secured Claim by IRS for 2009 & 2011 WT-FICA | $5,000.00 | $5,000.00 | 4% | $92.08 |
| Santander Consumer USA | $7,367.17 | 2009 Chevrolet Aveo 110,000 miles | $2,500.00 | $2,500.00 | 6.25% | $48.62 |
| Tower Loan of South Shreveport | $3,679.00 | Pressure Washer, Apple Imac Desktop | $800.00 | $800.00 | 6.25% | $15.56 |

**3.3 Secured claims excluded from 11 U.S.C. § 506. (11 U.S.C. §1325(a) - 910 day Car Claim or 365 day Personal Property)**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4 Lien avoidance**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5 Surrender of Collateral**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the surrender of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral | Value |
|---|---|---|
| **Advantage Finance** | Sun Furniture Ottoman and Cocktail Table. Obligation will be paid by separated spouse | $500.00 |
| **Conn's** | Computer. Debtor's spouse has possession of this property. Debtor surrenders his interest. | $400.00 |
| **Conn's** | Two TVs and Bedroom Set. Debtor's spouse has possession of this property. Debtor surrenders his interest. | $1,000.00 |
| **Ivan Smith Furniture** | Living Room Furniture. Debtor's spouse has possession of this property. Debtor surrenders his interest. | $900.00 |
| **Nissan Motor Acceptance** | 2015 Nissan Altima SL V6 49,000 miles | $13,500.00 |

| Debtor(s): | **Eartel Lee Payne** | Case Number: | 20-10076 |
|---|---|---|---|

### Part 4: Treatment of Fees and Priority Claims

**4.1 General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.4, will be paid in full without post-petition interest.

**4.2 Administrative fees**

Counsel elects the standing order "no look" fee    ☑ Yes    ☐ No

Trustee's fees are governed by statute and may change during the course of the case but are estimated to be ten percent of plan payments.

The debtor(s) attorney is awarded a fee in the amount of $__3,600.00__ of which $__3,600.00__ is due and payable from the bankruptcy estate. Included in this amount is a fee in the amount of $__0.00__ for the modification. Fees are limited to the appropriate "No Look" fee amount or the allowed amount subject to a formal fee application.

**4.3 Priority claims other than attorney's fees and those treated in § 4.4.**

*Check one.*

☐    **None.** *If "None" is checked, the rest of § 4.3 need not be completed or reproduced.*

☑    The debtor estimates the total amount of other priority claims to be as follows:.

Domestic Support Obligations prepetition arrears other than those provided for in 4.4 below shall be disbursed by the Trustee:

| Claimant | Nature of Claim | Amount |
|---|---|---|
| -NONE- | | |

Ongoing Domestic Support Obligations shall be disbursed by debtor.

All other unsecured priority claims including tax claims shall be disbursed by the trustee as follows:

| Claimant | Nature of Claim | Amount |
|---|---|---|
| **Internal Revenue Service** | **2009 & 2010, 2011, 2016, 2017 & 2018 Income Taxes, WT-FICA** | $14,750.00 |
| **Simon Fitzgerald, LLC** | **Noticing Costs** | $250.00 |

**4.4 Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount**

*Check one.*

☑    **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

### Part 5: Treatment of Non-priority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. Unscheduled nonpriority unsecured debts to which a timely proof of claim is filed will be allowed, unless objected to. All non-priority debts on schedule E/F, and unsecured and undersecured debts on schedule D, are incorporated herein by reference.

Based upon the scheduled unsecured and undersecured claims in the amount of $**143,179.12**, it is anticipated unsecured creditors will be paid approximately $**0.00**, which is approximately **0.00** percent of their respective claims. However, the amount paid on any claim may vary depending on the actual filed and allowed claims.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid no less than $**0.00**. Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2 Other separately classified nonpriority unsecured claims.**

Revised 01/25/2018  
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Chapter 13 Plan

Page 4  
Best Case Bankruptcy

20-10076 - #3  File 01/15/20  Enter 01/15/20 08:15:36  Main Document  Pg 4 of 10

| Debtor(s): | **Eartel Lee Payne** | Case Number: | 20-10076 |
|---|---|---|---|

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

## Part 6: Executory Contracts, Unexpired Leases, and Unmodified Secured Debts paid per contract

**6.1** The executory contracts, unexpired leases, and Unmodified Secured Debts paid per contract listed here are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*
☑ **Assumed items or Direct Pay Unmodified Secured Debts.** Current installment payments will be disbursed either by the trustee or directly by the debtor, as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee.

| Name of Creditor | Property Description | Current Installment Payment | Amount of Arrearages to be paid, if any | Number of Installments Remaining |
|---|---|---|---|---|
| **Lakefront Apartments** | **4302 N. Market St., Apt. 717, Shreveport, LA 71107** | **$575.00** | **$0.00** | **12** |

Disbursed by:
☐ Trustee
☑ Debtor(s)
☐ Third party – Name & Relationship to Debtor(s)

## Part 7: Vesting of Property of the Estate

**7.1** Property of the estate will vest in the debtor(s) upon entry of discharge or dismissal.

## Part 8: Other Plan Provisions

**8.1 Adequate Protection Payments:**

Debtor(s) shall pay adequate protections payments and/or lease payments as scheduled below to the trustee. If the case is dismissed pre-confirmation the trustee shall disburse these adequate protection payments to the creditor, one for each plan payment received while the case was pending.

| Creditor | Adequate Protection Payment |
|---|---|
| **Santander Consumer USA** | **$25.00** |

**8.2 Changed Circumstances.**

Debtor(s) shall fully and timely disclose to the trustee any change in income, marital status, domestic support obligation, employment, address, or financial recovery to which debtor(s) become entitled, including without limitation, claims for personal injury, employment, worker's compensation, unemployment compensation, inheritance, life insurance, lottery proceeds, or property settlements. These funds shall be treated upon motion by trustee, debtor(s), or any party in interest.

## Part 9: Nonstandard Plan Provisions

☑ **None.** *If "None" is checked, the rest of Part 9 need not be completed or reproduced.*

| Debtor(s): | **Eartel Lee Payne** | Case Number: | 20-10076 |
|---|---|---|---|

## Part 10: Signatures

**/s/ Paul M. Cooke, #4311; L. Laban Levy, #28658**  
**Paul M. Cooke, #4311; L. Laban Levy, #28658**  
Signature of Attorney for Debtor(s)

Date: **January 14, 2020**

**/s/ Eartel Lee Payne**  
**Eartel Lee Payne**  
Debtor

Date: **January 14, 2020**

Date:

Joint Debtor

**Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise optional)**

**By filing this document, the Attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in Official Chapter 13 Plan Form for the Western District of Louisiana, other than any nonstandard provisions included in Part 9.**

Revised 01/25/2018  
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Chapter 13 Plan

Page 6  
Best Case Bankruptcy

20-10076 - #3  File 01/15/20  Enter 01/15/20 08:15:36  Main Document  Pg 6 of 10

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**IN RE: Eartel Lee Payne** : **Case No: 20-10076**

**Debtor** : **Chapter 13**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **January 15, 2020,** I caused a copy of the foregoing **Chapter 13 Plan** to be served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

Office of the U.S. Trustee             Todd S. Johns, Chapter 13 Trustee

and also to all parties listed on the attached mailing matrix by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon through the third-party bankruptcy notice provider, BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.Bankr.P. 9001(9) and 2002(g)(4).

**Dated: January 15, 2020**

                                              **By:** /s/ Debbie G. Brown
                                                        Debbie G. Brown,
                                                        Legal Assistant to Paul M. Cooke

```
Label Matrix for local noticing            AT&T Mobility Services, LLC              Aargon Collection Agency
0536-5                                     c/o CT Corporation System                8668 Spring Mountain Rd.
Case 20-10076                              3867 Plaza Tower Drive                   Las Vegas, NV 89117-4132
Western District of Louisiana              Baton Rouge, LA 70816-4378
Shreveport
Wed Jan 15 08:05:07 CST 2020

Advantage Finance                          Advantage Finance Corp. - AFSOP          Caddo Parish Sheriff
2533 Bert Kouns Ind. Loop                  c/o George A. Vidrine, Jr.               505 Travis St., 7th Floor
Suite 105                                  689 E. Airport Ave., Ste. 1              Shreveport, LA 71101-3028
Shreveport, LA 71118-3158                  Baton Rouge, LA 70806-6557


(p)CAPITAL ONE                             Chase Bank                               Chase Bank
PO BOX 30285                               Natioanl Payment Services                PO Box 94014
SALT LAKE CITY UT 84130-0285               POB 182223                               Palatine, IL 60094-4014
                                           Dept. OH1-1271
                                           Columbus, OH 43218-2223


(p)INTERNAL REVENUE SERVICE                Conn Appliances, Inc. - AFSOP            Conn's
CENTRALIZED INSOLVENCY OPERATIONS          c/o C/T Corporation System               3295 College Street
PO BOX 7346                                3867 Plaza Tower Drive                   Beaumont, TX 77701-4611
PHILADELPHIA PA 19101-7346                 Baton Rouge, LA 70816-4378


Convergent Outsourcing                     Paul M. Cooke                            Credence Resource Management LLC
800 SW 39th St., Ste. 100                  Simon, Fitzgerald, Cooke, et al          17000 Dallas Pkwy
POB 900                                    4700 Line Ave. Suite 200                 Suite 204
Renton, WA 98057-0900                      Shreveport, LA 71106-1533                Dallas, TX 75248-1940


Credit First                               Credit First NA                          Credit One Bank NA
6275 Eastland Rd.                          POB 818011                               PO Box 98875
Brook Park, OH 44142-1399                  Cleveland, OH 44181-8011                 Las Vegas, NV 89193-8875


Cristina Walker                            Enhanced Recovery Corp                   First Heritage Credit
Assistant United States Attorney           8014 Bayberry Road                       6205 Westport Ave., Ste. 100
Western District of Louisiana              Jacksonville, FL 32256-7412              Shreveport, LA 71129-2327
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3120


First Heritage Credit                      First Premier Bank                       Giglio Plumbing
c/o CT Corporation System, Agent           601 S. Minnesota Ave.                    PO Box 4219
3867 Plaza Tower Dr.                       Sioux Falls, SD 57104-4868               Shreveport, LA 71134-0219
Baton Rouge, LA 70816-4378


Internal Revenue Service                   Ivan Smith Furniture                     Ivan Smith Furniture Co. LLC
PO Box 7346                                5434 Technology Drive                    c/o Ivan I. Smith, Jr. - Agent
Philadelphia, PA 19101-7346                Shreveport, LA 71129-2682                5434 Technology Dr.
                                                                                    Shreveport, LA 71129-2682


(p)JEFFERSON CAPITAL SYSTEMS LLC           Todd Johns (Ch 13 Trustee)               LA Dept of Public Safety & Corr.
PO BOX 7999                                Chapter 13 Trustee                       POB 64886
SAINT CLOUD MN 56302-7999                  POB 1770                                 Baton Rouge, LA 70896-4886
                                           Shreveport, LA 71166-1770
```

| | | |
|---|---|---|
| LA Dept of Revenue<br>P.O. box 66658<br>Baton Rouge, LA 70896-6658 | LVNV Funding<br>POB 1269<br>Greenville, SC 29602-1269 | Lakefront Apartments<br>4302 North Market Street<br>Shreveport, LA 71107-2966 |
| L. Laban Levy<br>Simon, Fitzgerald, Cooke, et al<br>4700 Line Ave., Ste. 200<br>Shreveport, LA 71106-1533 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Mary Payne<br>6108 Debbie St.<br>Shreveport, LA 71119-5210 |
| Merrick Bank<br>POB 9201<br>Old Bethpage, NY 11804-9001 | Midland Funding<br>320 E Big Beaver Rd., Ste 300<br>Troy, MI 48083-1271 | Monterey Collection<br>4095 Avenida De La Plata<br>Oceanside, CA 92056-5802 |
| Monterey Financial Svc<br>4095 Avenida De La Plata<br>Oceanside, CA 92056-5802 | (p)NATIONAL CREDIT SYSTEMS<br>ATTN MELANIE MAYFIELD<br>3750 NATURALLY FRESH BLVD<br>ATLANTA GA 30349-2964 | Nissan Motor Acceptance<br>PO Box 660360<br>Dallas, TX 75266-0360 |
| Nissan Motor Acceptance AFPOS<br>Agent For Process of Service<br>CSC of St. Tammany Parish, Inc.<br>4600 Highway 22, Suite 9<br>Mandeville, LA 70471-2891 | Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans, LA 70190-0509 | Office of Motor Vehicles<br>9310 Normandie Dr.<br>Shreveport, LA 71118-3800 |
| Eartel Lee Payne<br>4302 N. Market St., #717<br>Shreveport, LA 71107-2904 | Performant Recovery<br>333 North Canyons Pkwy, Suite 10<br>Livermore, CA 94551-9478 | Performant Recovery, Inc.<br>POB 9045<br>Pleasanton, CA 94566-9028 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Progressive Leasing<br>NPRTO South-East, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 | R & C Real Estate Solutions, LLC<br>5902 Buncombe Road<br>Shreveport, LA 71129-4004 |
| Retail Merchants Association<br>620 Crockett Street<br>Shreveport, LA 71101-3604 | Rogers & Carter<br>4415 Thornhill Ave<br>Shreveport, LA 71106-1553 | (p)SNAP FINANCE<br>PO BOX 26561<br>SALT LAKE CITY UT 84126-0561 |
| SYNCB/JCP<br>POB 965007<br>Orlando, FL 32896-5007 | Santander Consumer USA<br>POB 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA AFPOS<br>Agent for Process of Service<br>C T Corporation<br>3867 Plaza Tower Drive<br>Baton Rouge, LA 70816-4378 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | Stephen A. Quidd<br>Dept of Public Safety & Corr.<br>POB 66614<br>Baton Rouge, LA 70896-6614 |

| | | |
|---|---|---|
| Swiss Colony<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Syncb/Home Design NAHF<br>950 Forrer Blvd.<br>Kettering, OH 45420-1469 | Terminix<br>POB 742592<br>Cincinnati, OH 45274-2592 |
| (p)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | U.S. Attorney's Office<br>Western District of LA<br>300 Fannin Street, Ste. 3201<br>Shreveport, LA 71101-3120 |
| Webbank/Fingerhut Fres<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Xfinity<br>POB 2127<br>Norcross, GA 30091-2127 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank USA NA<br>15000 Capital One Drive<br>Richmond, VA 23238 | Chief Special Procedures<br>Internal Revenue Service<br>1555 Poydras St., Ste. 220<br>Stop 31<br>New Orleans, LA 70112 | (d)Insolvency Unit<br>Internal Revenue Service<br>1555 Poydras St.<br>Suite 220, Stop 31<br>New Orleans, LA 70112 |
| Jefferson Capital System<br>16 McIeland Rd<br>Saint Cloud, MN 56303 | (d)Jefferson Capital Systems<br>16 McLeland Rd<br>Saint Cloud, MN 56303 | National Credit System<br>3750 Naturally Fresh Blvd<br>Atlanta, GA 30349 |
| Portfolio Recovery<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502 | SNAP Finance, LLC<br>POB 26561<br>Salt Lake City, UT 84126 | (d)Snap Finance LLC<br>P.O. Box 26561<br>Salt Lake City, UT 84126 |
| Sprint<br>Attn: Bankruptcy Dept<br>POB 7949<br>Overland Park, KS 66207-0949 | Tower Loan of South Shreveport<br>PO Box 8358<br>Shreveport, LA 71148 | End of Label Matrix<br>Mailable recipients   67<br>Bypassed recipients    0<br>Total                  67 |